1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JORGE ARMANDO HERRERA                    No.  2:16-cv-2949-EFB P
     SALGUERO,
11
                       Petitioner,
12                                            ORDER
           v.
13
     THE PEOPLE OF THE STATE OF
14   CALIFORNIA,

15                     Respondent.

16

17         Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.  He is incarcerated at High Desert State Prison, in Lassen County, which lies in

19   this district.   However, petitioner attacks a conviction imposed by the Riverside County Superior

20   Court, which lies in the United States District Court for the Central District of California.  While

21   both this court and the United States District Court in the district where petitioner was convicted

22   have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all

23   witnesses and evidence necessary for the resolution of petitioner's application are more readily

24   available in the county of conviction.  *Id.* at 499 n.15; 28 U.S.C. § 2241(d).

25         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

26   transferred to the Eastern Division of the United States District Court for the Central District of

27   California.

28   DATED:  January 17, 2017.

                                                 EDMUND F. BRENNAN
                                                 UNITED STATES MAGISTRATE JUDGE