# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ARMANDO HERRERA SALGUERO,<br><br>　　　　　Petitioner,<br>　　v.<br><br>CRAIG KOENIG, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 17-0076-SJO (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered (1) denying the Petition; and (2) dismissing the action with prejudice.

DATED: April 1, 2019.

　　　　　　　　　　　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE